## Commonwealth *v.* Parrish, Appellant.

Submitted September 14, 1970. *Stanley M. Schwarz,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.